UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CARLTON VOSE,<br>    Plaintiff,<br><br>v.<br><br>CITY OF PAWTUCKET; RICHARD J. GOLDSTEIN, in his capacity as City Clerk for the City of Pawtucket; CHRISTOPHER DUPONT, individually and in his capacity as a police officer employed by the City of Pawtucket; CRAIG LETOURNEAU, individually and in his capacity as a police officer employed by the City of Pawtucket; JESS VENTURI, individually and in his capacity as a police officer employed by the City of Pawtucket; PETER GRAHAM, in his individual capacity; and PAUL KING individually and in his capacity as a police chief employed by the City of Pawtucket,<br>    Defendants. | C.A. No. 18-620-JJM-PAS |

## ERRATA SHEET

This Court's Order issued on July 19, 2019 is amended as follows:

1. The caption is amended to read "CITY OF PAWTUCKET."

IT IS SO ORDERED.

_____
John J. McConnell, Jr.
United States District Judge

September 16, 2019